■ KENDRA HILL et al., Respondents, v NEW YORK CITY HOUSING AUTHORITY, Appellant.—Order, Supreme Court, Bronx County (Alan J. Saks, J.), entered January 2, 1992, which denied defendant's motion for summary judgment dismissing the complaint, unanimously affirmed, without costs.

A question of fact exists as to whether defendant was, or should have been, aware of the alleged dangerous condition of the stairway where plaintiff fell and injured herself (see, Negri v Stop & Shop, 65 NY2d 625). Indeed, defendant's own employee testified that the stairs were inspected twice a day at the time of the incident. Concur—Sullivan, J. P., Milonas, Kupferman and Rubin, JJ.